**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 49 EAL 2018

           Respondent                      :

                                      :     Petition for Allowance of Appeal from

                                      :     the Order of the Superior Court

           v.                              :

                                      :

JASON SMITH,                           :

                                      :

           Petitioner                         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.